# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH MELTON,**

                **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-912-Orl-28JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **MOTION TO REMAND (Doc. No. 19)**
>
> **FILED:**       **February 28, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Commissioner of Social Security moves to remand the case for the following reasons:

> To re-consider plaintiff's visual limitations and obtain vocational expert testimony to clarify the light and sedentary job base available to plaintiff with her visual limitations.

Plaintiff does not oppose the motion. Docket 19 at 1.

**IT IS RECOMMENDED THAT:**

1.      The Commissioner's motion be **GRANTED**;

2. The Court reverse and remand the case pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in the motion;

3. The Court direct the Clerk to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 1, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon, II