# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUDITH MELTON,

          **Plaintiff,**

-vs-                          Case No. 6:06-cv-912-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Uncontested Motion To Remand (Doc. No. 19) filed February 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 1, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand is **GRANTED**.

3. This case is hereby reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the reasons set forth in the motion.

4. The Clerk is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20 day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party