# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDITH MELTON,**

                **Plaintiff,**

**-vs-**                                                       **Case No. 6:06-cv-912-Orl-28UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **FIRST MOTION FOR ATTORNEY FEES (Doc. No. 23)**
>
> **FILED:**       May 18, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion is **GRANTED**.

    The plaintiff, Judith Melton, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing and remanding the decision below was entered on March 21, 2007. Doc. No. 22. An award of fees and expenses is, therefore, ripe for consideration.

    Melton's attorney seeks $4,281.38 in attorney's fees for 26.4 hours of work. The hourly rate he seeks is $161.85 for 23.6 hours of work performed in 2006, and $164.90 for 2.8 hours of work performed in 2007 pursuant to a provision in the EAJA that allows the Court to adjust the

statutory hourly rate based on changes in the cost of living.  While Melton's attorney did not provide the relevant CPI to support the cost of living adjustment requested, I take judicial notice that the CPI-U would support the increase in hourly rates requested, and that Melton's attorneys training and experience support the requested hourly rates.  *See* http://inflationdata.com/inflation/consumer_price_index/HistoricalCPI.aspx (last visited May 29, 2007).  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  After reviewing the papers submitted by Melton, I find that the fees requested are appropriate in the absence of objection.

Melton also seeks reimbursement for $14.03 in expenses.  The Commissioner does not oppose these expenses.  Because there is no objection to these expenses, I also find that the expenses requested are appropriate, in the absence of objection.

It is, therefore, **RECOMMENDED** that Melton be awarded $4,281.38 in attorney's fees and $14.03 in expenses.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 29, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record