UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDITH MELTON,

                Plaintiff,

-vs-                                       Case No. 6:06-cv-912-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## ORDER

This case is before the Court on Plaintiff's Consent Petition for Attorney Fees (Doc. No. 23) filed May 18, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 29, 2007 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's First Motion for Attorney Fees (Doc. No. 23) is **GRANTED**. Plaintiff is awarded $4,281.38 in attorney's fees and $14.03 in expenses.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  19  day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party